# UNITED STATES DISTRICT COURT

for the

SCRANTON District of PENNSYLVANIA

_______ Division

MR CHRISTOPHER SANDERS SR AND THE SANDERS FAMILY. et al

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

THE CITY AND STATE OF SCRANTON, PENNSYLVANIA, ALSO PUBLIC AGENICS AND POLICE OFFICERS AND THE UNITED STATES OF AMERICA, et al

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:18-CV-1505

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED SCRANTON

JUL 27 2018

PER ______ DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHRISTOPHER SANDERS SR |
| Street Address | FEDERAL CORRECTIONAL INSTITUTION |
| City and County | P.O. BOX, 8000 BRADFORD, PA 16701 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name GALLIKER DAIRY CO.

Job or Title *(if known)* CHEIF

Street Address

City and County JOHNSTOWN PA

State and Zip Code 15904 PENNSYLVANIA

Telephone Number DONT KNOW PROBLEM STARTED IN FCI MCDOWELL

E-mail Address *(if known)* AN END IT IN FCI MCDOWELL. MILK"

Defendant No. 2

Name BenJamin FOOD'S

Job or Title *(if known)* CHEIF

Street Address

City and County HATBORO PA

State and Zip Code PENNSYLVANIA

Telephone Number 1855-BEN-FOOD, PROBLEM

E-mail Address *(if known)* STARED IN FCI BUTNER(2) AN END IT IN FCI BUTNER(2) THAT I CAN SEE. SUGAR

Defendant No. 3

Name Pro Air

Job or Title *(if known)* CHEIF

Street Address

City and County

State and Zip Code PENNSYLVANIA

Telephone Number MEDICAL PROBLEM STARTED

E-mail Address *(if known)* IN FCI MCDOWELL ALL THE WAY TO FCI MCKEAN AN END IT IN FCI MCKEAN.

Defendant No. 4

Name Snyder of BERLIN ORIGINAL POTATO CHIPS

Job or Title *(if known)* CheiF

Street Address

City and County BERLIN - PA

State and Zip Code BERLIN, PENNSYLANIA, 15530

Telephone Number 188-2578042

E-mail Address *(if known)* WWW.SnYderofBERLIN.Com

PROBLEM WITH SNYDER CHIPS STARTED IN FCI MCKEAN AN END IT IN FCI MCKEAN



END IT MEAN'S KNOW LONGER HAVE THE PROBLEM

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Negeligene failing To use The Type of care of Pofessional should reasonably use in a given situation. Also Fraud, Brench: The defendant(s) failed To peform as Required under contract. Damages: The defendant(s) failure To peform caused me economic loss. Performance; I performed as Required under The contract.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* CHRISTOPHER SANDERS Sr., is a citizen of the State of *(name)* PENNSYLVANIA

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ______, is a citizen of the State of *(name)* PENNSYLVANIA. Or is a citizen of *(foreign nation)* ______

I AM In The NATION of ISLAM

b. If the defendant is a corporation

The defendant, *(name)* IT'S MENNY, is incorporated under the laws of the State of *(name)* SEE COUNSEL, Attorney, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

WHEN I TORT CLAIM, ANY DOCUMENT(S) ARE SEND TO GTAND, P TEXAS REGIONAL OFFICE, HOW LONG DO IT TAKE TO BE TRANSFERC TO, PHILADELPHIA, PA REGIONAL OFFICE, AN PUT WITH BP CO.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I MOVANT MR. CHRISTOPHER SANDERS SR DOCKET # NUMBER 07-430-1, DATE OF BIRTH 2-21-1984 LAST 4 OF (SSN) 4283. OUT OF PHILADELPHIA, PENNSYLVANIA 19106, COURT HOUSE 601 MARKET, ST PHILA PA 19106 ROOM 2609, JUDGE SANCHEZ, USA ARICAN FISKI. DONT HOVE TO STATE THE HOLE BACKGROUND AN MY CLAIM ONLY MAKE VAGUE STAIMENT SEE FOOT NOTES

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ATTORNEY FEE'S MEDICAL, BILLS

HOME INPROVEMENT

ETC

FOOT NOTE For You SMOTHING TO LOOK INTOO

COURT OF 7 25 2018

HAIRRSBURGH PENNSYLVANIA

CHRISTOPHER SANDERS, SR
AND THE SANDERS FAMILLY ET, AL
VS. PLANTIFF(S)

COMPLAINT under 42 U.S.C. SECTION 1983 AND 1985 CIVIL NUMBER SHOULD BE SUPPLYED BY CLERK

THE CITY AND STATES OF HAIRRSBURGH PENNSYLVANIA PUBLIC AGENCIES AND POLICE OFFICER(S), AND THE UNITED STATES OF AMERICA, ET AL
DEFENDANT(S)

FOOT NOTES ↑

DOCKET NUMBER 07-430-1

JURY TRAIL DEMAND

(1) Request That This Civil Rights complaint go To a magistrate Judge, I MOVANT under STAND That The district Judge To whom The case is assigned MAY Refer The CASE To a magistrate Judge for assitance in managing it To do so The district Judge signs An order of Reference, ONCE a CASE has been Referred To a magistrate Judge, Subsequent court proceed in Conducted befor That Judge. (2) MOVANT CHRISTOPHER SANDERS SR DOCKET # NUMBER 074301. MOTION REVIEW; I do no That district or magistrate Judge MAY schedule Heorings To provide with a opportunity To argue The motion And objection, or The Judge MAY decide a hearing and Rule on The motion by issuing a written order That either grants denies or Partially grant and partilly denies what The motion sough. (3) NOTICE of magistrate Judge availability A UNITED STATES MAGISTRATE Judge of This court is available final Judgement, The Judgement MAY Then be APPEALED directly To The United States court of Apples like Any other Judgement of This court A magistrate Judge MAY excerice This Authority only if All Porites Voluntarily Consent (4) You MAY Consent To Have Your CASE Referod To The currently assigned migrstate Judge or You MAY withHold Your Consent without adverse, substantie Consequences, The NAME OF ANY PARTY with HOLDING CONSENT will not be Revealed To ANY Judge who may other wise BE involved with Your CASE (5) FACTUAL ASSERTIONS IN PLAIN ENGLISH: You Should brefly Recite The FACTS (Allegations) I DONOT have To state All The BACKGROUND FACTS INVOLVED in My Claim. In detail I DON'T HAVE To Do more Than make A vague STATMENT. DEFENDANT(S). HAS Refused To PU $ US That IS DUE and owing Under Terms of CONTRAC (6) Relief: The Prayer for Relief mosteo often We ASKE For MONEY damages WE MAY ALSO ASKE The COURT TO ORDER The DEFENDANT(S) TO DO Smothing. RELIEF: MONEY ETC

LOOK IN TOO

CHRISTOPHER SANDERS SR MCKEAN 62316-066
FEDERAL CORRECTIONAL INSTITUTION REG NO
P.O. BOX 8000, BRADFORD, PA 16701

filing fee. " MY PAPPER WORKE SHOULD I MY DOCUMENT SHOULD SAY → SANDERS SR " 6, 23, 2018 "

Because the process of reviewing your application may take more than one business day, you should call the intake office the following day to determine whether it was approved. The telephone number is (801) 524-6100.

## SECTION VI
## REQUEST FOR APPOINTMENT OF COUNSEL

*Pro se* litigants may ask the court to appoint an attorney or counsel, for them in a civil case. The Court has a limited number of attorneys who accept cases on behalf of the Court. These attorneys serve *pro bono,* or without charge, to the *pro se* litigant. *Pro se* litigants have no right to be represented by court-appointed counsel, and the court has no obligation to appoint counsel. The court will appoint counsel only in a few select cases where having an attorney seems particularly appropriate or important. If you would like to request that the court appoint counsel to represent you in your lawsuit, you must file a "motion for appointment of counsel" form with the court. The form should be filed with the complaint. A copy of a motion for appointment of counsel is attached to this Guide as Appendix E.

1, Formation: You ME AND The defendant(S) had Alegally binding CONTRACT. PENNSYLVANIA

Performonce: I, WE Performed as Required under The CONTRACT SR CHRISTOPHER SANDERS

(3), Brench: The defendant(S) Failed TO peform as Required under CONTRACT. HARM DUN TO ME Again SEE YEAR 2003, 2009

Damages: The defendant(S) Failure TO Peform Coused ME Useconomic loss, SEE MY ATTORNEY IF ONE IS GRANTED.

I, DO understond, Jurisdictional I WAS TOLD BY institution STAFF, officers TO SEND This Complaint TO This Court After I Foun SEE REGIONAL COUNSEL PHILADELPHIA, TEXAS MD AHL ALSO H.S.A HEALTH ETC

I Decelore under Penalty of Perjury That The allegations IN The Complaint Are True.

15

6, 23, 2018

SING DATE

62316-066

PRISION ID NUMBER

CHRISTOPHER SANDERS SR

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: "7-15-2018"

Signature of Plaintiff

Printed Name of Plaintiff CHRISTOPHER SANDERS SR

NOTE: CHRISTOPHER SANDERS SR SHOULD BE ON ALL DOCUMENT(S) ↑

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

QUESTION When A Expert Witness get's PAID His/Her Check Clearing Do I Plaintiff get Appointed COUNSEL, I Should, When How Long Befor A Attorney CONTACT ME 7-02-2018 How Burdne of proof 7-5-2018 Also SEND BP10 TO Regional Counsel Review Video on FCI MCKEAN Compound 7-5-18 TO 7-13, 2018. 5-12-18 TO 5-18 I WAS TOLD TO File Tort Claim By. 7-19-18

3. Case No.: DOCKET NUMBER 07-430-1

4. Date filed: ______

5. Name of Judge that handled the case: DOCUMENT(S) ARE IN MY PROPERTY IN SHU

6. Disposition (won, dismissed, still pending, on appeal): STILL PENDING

7. Date of Disposition: ______

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑ NO ☐ WAS TOLD BY REGION A NUMBER THAT WAS given After I S, Brooklyn, New York CASE 1:17-CV-03593-KAM-RLM

FOOT NOTES ^

1. If you answered YES:

a. What was the result? THE REGIONAL COUNSEL " " TOLD ME TO FILE SUIT IN DISTRICT COURT PENDING

b. Did you appeal? YES TO DISTRICT COURT PHILADELPHIA

YES ☑ NO ☐ TOLD ME TO FILE TO DISTRICT COURT AN MID-ATLANTIC TOLD ME TO.

2. If you answered NO to either of the questions above, explain why: SEE, COUNSEL in Philadelphia-PA 19106, 601 WALNUT STREET, SUITE 540 WEST "CURTIS CENTER" NINA, SPIZER

III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Negeligence failing To use The Type of CARE of Pofessional Should Reasonably use in a given Situation Also Fraud. Also Haveing Philadelphia, PA 601 Market 19106-9865 Room 2609 Move MY HEARing for MY 2255 Pending Motion, BACK, ETC Program STATMENT 3420.11 Should BE LOOKED INTO, IN THIS MATTER ALSO MEDICAL FEDERAL TORT CLAIM. AEJ

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) PENDING SEE ARLEAN FISK AT

d. Issues raised: 615 CHESTNUT, ST PHILADELPHIA, PA 19106 UNITED STATES DISTRICT ATTORNEY OFFICE: [CAN NOT GET MY PROPERTY]

e. When did you file the lawsuit? "STAFF: SOMETIME 2016" OR "17"
Date Month Year

f. When was it (will it be) decided? After SEEING JUDGE

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ✓ NO ___ If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I, WAS TOLD TO SPEAK TO A ATTORNEY. I WAS ALSO TOLD TO FILE SUIT IN THE UNITED STATES DISTRICT COURT. THIS ONE OF THE REASON WHY I HAVE SEND THIS COMPLAINT TO THIS CLERKS OFFICE. I WAS TOLD BY A STAFF AT A FEDERAL CORRECTION INSTITUTION TO DO SO.

**F. REQUEST FOR RELIEF**

1. I believe that I am entitled to the following relief:

A ATTORNEY: A RECOMMENDATION TO JUDGE SANCHEZ AND DISTRICT ATTORNEY ASSITANCE ARLEAN FISK FOUR A "LAWYER".
601 MARKET, STREET PHILADELPHIA, PA 19106-9865
COURT-Room 2609 DOCKET 07-430-1
CASE 2:17-CV-3255-JS [CV.]
CRIMINAL # 07-430-CR-0 ETC.

IV. Relief
(State briefly what you want the Court to do for you:) " "

I, will Like A Call To Judge Sanchez An To 615 CHESTNUT, ST Philadelphia, PA 19106, TO ARican, fisk Requesting That It's ok To See Me on My 2255 Motion, Also A Chance To fight with, police officer In agents In Court For Holding My 2255 up etc.

SIGNED THIS 29 day of 6, 29, 2018.

Signature of Plaintiff

CHRISTOPHER SANDERS SR

Printed Name

FEDERAL CORRECTIONAL INSTITUTION MCKEAN, P.O. BOX, 8000, BRADFORD, PA 16701

Address

Telephone Number

Email Address

All MY DOCUMENT(S) Should SAY CHRISTOPHER SANDERS SR

SEE, DA UNIT TEAM for Information on This Form This is MY SECOND 1983 form To This office, SECOND Change of ADDRESS, 3 NOTE.

PLEASE TAKE This ONE AS MY 1983 CIVIL RIGHTS COMPLAINT

ADDRESS

FEDERAL CORRECTIONAL INSTITUTION McKean

P.O. BOX 8000, BRADFORD, PA 16701

IN SOME CASE CIVIC DOCKET NUMBER LAW OR THE WITHIN TIME TURNS INTO CASE ACTION CIVIL NUMBERS

YOU NEED TO NO

FOOT NOTES

A CASE NUMBER IS SOMETIMES CALLED A CIVIC DOCKET NUMBER!

Procedure 79(a); or

(ii) if Federal Rule of Civil Procedure 58(a) requires a separate document, when the judgment or order is entered in the civil docket under Federal Rule of Civil Procedure 79(a) and when the earlier of these events occurs:

- the judgment or order is set forth on a separate document, or
- 150 days have run from entry of the judgment or order in the civil docket under Federal Rule of Civil Procedure 79(a).

(B) A failure to set forth a judgment or order on a separate document when required by Federal Rule of Civil Procedure 58(a) does not affect the validity of an appeal from that judgment or order.

**(b) Appeal in a Criminal Case.**

**(1) Time for Filing a Notice of Appeal.**

(A) In a criminal case, a defendant's notice of appeal must be filed ~~in the district court~~ within 14 days after the later of:

(i) the entry of either the judgment or the order being appealed; or

(ii) the filing of the government's notice of appeal.

(B) When the government is entitled to appeal, its notice of appeal must be filed in the district court within 30 days after the later of:

(i) the entry of the judgment or order being appealed; or

(ii) the filing of a notice of appeal by any defendant.

**(2) Filing Before Entry of Judgment.** A notice of appeal filed after the court announces a decision, sentence, or order--but before the entry of ~~the judgment or order~~--is treated as filed on the date of and after the entry.

**(3) Effect of a Motion on a Notice of Appeal.**

(A) If a defendant timely makes any of the following motions under the Federal Rules of Criminal Procedure, the notice of appeal from a judgment of conviction must be filed within 14 days after the entry of the order disposing of the last such remaining motion, or within 14 days after the entry of the judgment of conviction, whichever period ends later. This provision applies to a timely motion: THE MOTION 2255 THAT CAME TO FCI GILMER SAY VACATE AN

(i) for judgment of acquittal under Rule 29; IF DENID A HCO MOTION WILL BE FILED

(ii) for a new trial under Rule 33, but if based on newly discovered evidence, only if the motion is made no later than 14 days after the entry of the judgment; or

(iii) for arrest of judgment under Rule 34.

(B) A notice of appeal filed after the court announces a decision, sentence, or order--but before it disposes of any of the motions referred to in Rule 4(b)(3)(A)--becomes effective upon the later of the following:

(i) the entry of the order disposing of the last such remaining motion; or

(ii) the entry of the judgment of conviction. → SENTENCE CAN BE DROPED AFTER THIS!

(C) A valid notice of appeal is effective--without amendment--to appeal from an order disposing of any of the motions referred to in Rule 4(b)(3)(A).

(4) Motion for Extension of Time. Upon a finding of excusable neglect or good cause, the district court may--before or after the time has expired, with or without motion and notice--extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b). JULY 15"

NINA C SPIZ 601 MARKET MATTHEW, M. LEGAL, TEXAS CENTER, BUTNER

DISTRICT OF COLUMBIA HATEM BAIKMAN SNET

THE CASTED LETTER RECIVED FROM MS NINA C SPIZ WAS A COURT DECISION. WAS SEND TO ME SO WHAT IT SAYS IS MY TIME CAN BE CUT NOW, UP TO DISTRICT ATTORNEY ON YOUR MY CASE OR THE JUDGE WILL SENTENCE YOU M

DOING LEGAL CALL ATTORNEY SAYS I AM WORKING ON JUDGE SANCHEZ NO MOTION OR NO LETTER WAS SENT IN TELL JUNE 12, 2018 OR 15, 2018 TO FCI MCKEAN




the order disposing of the last such remaining motion:

(i) for judgment under Rule 50(b);

(ii) to amend or make additional factual findings under Rule 52(b), whether or not granting the motion would alter the judgment;

(iii) for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58; EXPERT WITNESS FEES PASED OUT

(iv) to alter or amend the judgment under Rule 59;

(v) for a new trial under Rule 59; or THIS 2255 HAVE SAID TRAIL UNIT.

(vi) for relief under Rule 60 if the motion is filed no later than 28 days after the judgment is entered.

**(B)(i)** If a party files a notice of appeal after the court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)—the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered.

**(ii)** A party intending to challenge an order disposing of any motion listed in Rule 4(a)(4)(A), or a judgment's alteration or amendment upon such a motion, must file a notice of appeal, or an amended notice of appeal—in compliance with Rule 3(c)—within the time prescribed by this Rule measured from the entry of the order disposing of the last such remaining motion.

**(iii)** No additional fee is required to file an amended notice.

**(5) Motion for Extension of Time.**

**(A)** The district court may extend the time to file a notice of appeal if:

(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and

(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

**(B)** A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.

**(C)** No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

**(6) Reopening the Time to File an Appeal.** The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:

**(A)** the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;

**(B)** the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and

**(C)** the court finds that no party would be prejudiced.

**(7) Entry Defined.**

**(A)** A judgment or order is entered for purposes of this Rule 4(a):

**(i)** if Federal Rule of Civil Procedure 58(a) does not require a separate document, when the judgment or order is entered in the civil docket under Federal Rule of Civil

SO BY HAVING THE PENDING 2255 AN THEN GIVEN A CIVIL DOCKET NUMBER ALL CAN AN HAS BEN PUT TOGOTHER. OTHER LAW SUITES HAS"


Federal Correctional Institution McKean
Name: CHRIStopher SANDERS
Reg. #: 62316-066
P.O. Box 8000
Bradford, PA 16701
RECEIVED
SCRANTON
JUL 27 2018
PER
DEPUTY CLERK
Office of THE
CLERK united STATES DISTRICT
COURT
For The Middle District
of PENNSYLVANIA William J. Nelson Federal
Bld US COURT HOSE 235 North Washington
AVENUE P.O. Box 1148
SCRANTON PA 18501-1148
SCRANTON PA